KTC:RWH/MJF
F. #2007R00569

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DAYSHEN RICHARDSON,
    also known as "Dutch,"
    "Man Man," "Andrew Moore,"
    "Delton Richardson,"
    "Mackody Brady" and
    "Dayshawn Richardson,"
CHARLES MOORE,
    also known as "Samuel Brown,"
DEMIYA ROUNTREE,
    also known as "Blessed,"
JOSEPH LAWTON,
TANIQUA THOMAS,
    also known as "Tasha" and
    "Micca," and
AARON ROUNTREE,

              Defendants.

- - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No._____
(T. 21, U.S.C., §§
 841(a)(1),
 841(b)(1)(A)(iii),
 841(b)(1)(B)(iii),
 841(b)(1)(C) and 846;
 T. 18, U.S.C., §§ 2 and
 3551 et seq.)

THE GRAND JURY CHARGES:

## COUNT ONE
(Cocaine Base Conspiracy)

    1.    In or about and between February 2006 and February

2007, both dates being approximate and inclusive, within the

Eastern District of New York, the defendants DAYSHEN RICHARDSON,

also known as "Dutch," "Man Man," "Andrew Moore," "Delton

Richardson," "Mackody Brady" and "Dayshawn Richardson," CHARLES

MOORE, also known as "Samuel Brown," DEMIYA ROUNTREE, also known

as "Blessed," JOSEPH LAWTON, TANIQUA THOMAS, also known as

"Tasha" and "Micca," and AARON ROUNTREE, together with others, did knowingly and intentionally conspire to distribute and to possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO
(Distribution and Possession with Intent to Distribute Cocaine Base)

2.    On or about February 1, 2006, within the Eastern District of New York, the defendant DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

3

COUNT THREE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

3.    On or about February 7, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

COUNT FOUR
(Distribution and Possession with Intent
to Distribute Cocaine Base)

4.    On or about February 28, 2006, within the Eastern
District of New York, the defendants DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," and TANIQUA THOMAS,
also known as "Tasha" and "Micca," together with others, did
knowingly and intentionally distribute and possess with intent to

4

distribute a controlled substance, which offense involved a
substance containing cocaine base, a Schedule II controlled
substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551
et seq.)

### COUNT FIVE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

5.    On or about March 4, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

### COUNT SIX
(Distribution and Possession with Intent
to Distribute Cocaine Base)

6.    On or about March 8, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," together with others,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT SEVEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

7.    On or about March 15, 2006, within the Eastern District of New York, the defendant AARON ROUNTREE, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT EIGHT
(Distribution and Possession with Intent
to Distribute Cocaine Base)

8.    On or about March 23, 2006, within the Eastern District of New York, the defendants DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," and TANIQUA THOMAS,

also known as "Tasha" and "Micca," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT NINE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

9.    On or about April 1, 2006, within the Eastern District of New York, the defendants CHARLES MOORE, also known as "Samuel Brown," and TANIQUA THOMAS, also known as "Tasha" and "Micca," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

10.    On or about April 1, 2006, within the Eastern District of New York, the defendant DAYSHEN RICHARDSON, also

known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

### COUNT ELEVEN
(Distribution and Possession with Intent to Distribute Cocaine Base)

11.   On or about April 4, 2006, within the Eastern District of New York, the defendants DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," and CHARLES MOORE, also known as "Samuel Brown," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TWELVE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

12.   On or about April 11, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT THIRTEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

13.   On or about April 20, 2006, within the Eastern
District of New York, the defendant TANIQUA THOMAS, also known as
"Tasha" and "Micca," together with others, did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551
et seq.)

COUNT FOURTEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

14.  On or about April 25, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

COUNT FIFTEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

15.  On or about May 3, 2006, within the Eastern
District of New York, the defendants DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," and AARON ROUNTREE,
together with others, did knowingly and intentionally distribute

and possess with intent to distribute a controlled substance,
which offense involved a substance containing cocaine base, a
Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551
et seq.)

## COUNT SIXTEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

16.   On or about May 10, 2006, within the Eastern
District of New York, the defendants DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," and TANIQUA THOMAS,
also known as "Tasha" and "Micca," together with others, did
knowingly and intentionally distribute and possess with intent to
distribute a controlled substance, which offense involved five
grams or more of a substance containing cocaine base, a Schedule
II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and
3551 et seq.)

## COUNT SEVENTEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

17.   On or about May 18, 2006, within the Eastern
District of New York, the defendants TANIQUA THOMAS, also known

as "Tasha" and "Micca," and DEMIYA ROUNTREE, also known as
"Blessed," together with others, did knowingly and intentionally
distribute and possess with intent to distribute a controlled
substance, which offense involved five grams or more of a
substance containing cocaine base, a Schedule II controlled
substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and
3551 et seq.)

### COUNT EIGHTEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

18.   On or about May 24, 2006, within the Eastern
District of New York, the defendant DEMIYA ROUNTREE, also known
as "Blessed," together with others, did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved five grams or more
of a substance containing cocaine base, a Schedule II controlled
substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and
3551 et seq.)

12

## COUNT NINETEEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

19.    On or about June 1, 2006, within the Eastern
District of New York, the defendant DEMIYA ROUNTREE, also known
as "Blessed," together with others, did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved five grams or more
of a substance containing cocaine base, a Schedule II controlled
substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and
3551 et seq.)

## COUNT TWENTY
(Distribution and Possession with Intent
to Distribute Cocaine Base)

20.    On or about June 2, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

COUNT TWENTY-ONE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

21.    On or about June 8, 2006, within the Eastern

District of New York, the defendant DEMIYA ROUNTREE, also known

as "Blessed," did knowingly and intentionally distribute and

possess with intent to distribute a controlled substance, which

offense involved five grams or more of a substance containing

cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et

seq.)

COUNT TWENTY-TWO
(Distribution and Possession with Intent
to Distribute Cocaine Base)

22.    On or about June 27, 2006, within the Eastern

District of New York, the defendant DAYSHEN RICHARDSON, also

known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"

"Mackody Brady" and "Dayshawn Richardson," did knowingly and

intentionally distribute and possess with intent to distribute a

controlled substance, which offense involved a substance

containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C); Title 18, United States Code, Sections 3551 et

seq.)

## COUNT TWENTY-THREE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

23.   On or about June 28, 2006, within the Eastern
District of New York, the defendant DEMIYA ROUNTREE, also known
as "Blessed," did knowingly and intentionally distribute and
possess with intent to distribute a controlled substance, which
offense involved five grams or more of a substance containing
cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT TWENTY-FOUR
(Distribution and Possession with Intent
to Distribute Cocaine Base)

24.   On or about July 6, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved five grams or more
of a substance containing cocaine base, a Schedule II controlled
substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT TWENTY-FIVE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

25.   On or about July 27, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT TWENTY-SIX
(Distribution and Possession with Intent
to Distribute Cocaine Base)

26.   On or about August 8, 2006, within the Eastern
District of New York, the defendant DAYSHEN RICHARDSON, also
known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"
"Mackody Brady" and "Dayshawn Richardson," did knowingly and
intentionally distribute and possess with intent to distribute a
controlled substance, which offense involved a substance
containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C); Title 18, United States Code, Sections 3551 et
seq.)

## COUNT TWENTY-SEVEN
(Distribution and Possession with Intent
to Distribute Cocaine Base)

27.   On or about August 10, 2006, within the Eastern

District of New York, the defendants DAYSHEN RICHARDSON, also

known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson,"

"Mackody Brady" and "Dayshawn Richardson," and TANIQUA THOMAS,

also known as "Tasha" and "Micca," together with others, did

knowingly and intentionally distribute and possess with intent to

distribute a controlled substance, which offense involved five

grams or more of a substance containing cocaine base, a Schedule

II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and

3551 et seq.)

## COUNT TWENTY-EIGHT
(Distribution and Possession with Intent
to Distribute Cocaine Base)

28.   On or about September 5, 2006, within the Eastern

District of New York, the defendant JOSEPH LAWTON, together with

others, did knowingly and intentionally distribute and possess

with intent to distribute a controlled substance, which offense

involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TWENTY-NINE
(Distribution and Possession with Intent to Distribute Cocaine Base)

29.   On or about October 4, 2006, within the Eastern District of New York, the defendant DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THIRTY
(Distribution and Possession with Intent to Distribute Cocaine Base)

30.   On or about October 26, 2006, within the Eastern District of New York, the defendant DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," did knowingly and

intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THIRTY-ONE
### (Distribution and Possession with Intent to Distribute Cocaine Base)

31.  On or about November 28, 2006, within the Eastern District of New York, the defendant DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THIRTY-TWO
### (Distribution and Possession with Intent to Distribute Cocaine Base)

32.  On or about February 9, 2007, within the Eastern District of New York, the defendants DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," and TANIQUA THOMAS,

also known as "Tasha" and "Micca," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT THIRTY-THREE
(Distribution and Possession with Intent
to Distribute Cocaine Base)

33. On or about February 20, 2007, within the Eastern District of New York, the defendants DAYSHEN RICHARDSON, also known as "Dutch," "Man Man," "Andrew Moore," "Delton Richardson," "Mackody Brady" and "Dayshawn Richardson," TANIQUA THOMAS, also known as "Tasha" and "Micca," CHARLES MOORE, also known as "Samuel Brown," and JOSEPH LAWYTON, together with others, did knowingly and intentionally distribute and possess with intent to

20

distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.  Title of Case: US v. DAYSHEN RICHARDSON, known as "Dutch," "Man
    Man," "Andrew Moore," "Delton Richardson," "MacKody Brady"
    and "Dayshawn Richardson," CHARLES MOORE, also known as
    "Samuel Brown," DEMIYA ROUNTREE, also known as "Blessed,"
    JOSEPH LAWTON, TANIQUA THOMAS, also known as "Tasha" and
    "Micca," and AARON ROUNTREE,

2.  Related Magistrate Docket Number(s)

    None ( )

3.  Arrest Date:  N/a

4.  Nature of offense(s): ☑  Felony
                          ☐  Misdemeanor

5.  Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules):
    06-CR-164 ERK

6.  Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7.  County in which crime was allegedly committed: KINGS
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this information been ordered sealed?        ( X ) Yes   (  ) No

9.  Have arrest warrants been ordered?               ( X ) Yes   (  ) No

10. Is a capital count included in the indictment?   (  ) Yes   (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:

MORRIS FODEMAN, AUSA
Assistant U.S. Attorney
(718) 254-6614

Rev. 10/01/03