07CR368(ERK)

to Ms. paula
114 united State Courthouse
225 Cadmen plaza east
Brooklyn n y 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 19 2009 ★
BROOKLYN OFFICE

from: Daysher Richardson
Metropolitan Correctional Center
150 park Row #75370-053
new york, new york 10007

May 15=09

Dear: Ms paula

I'am writing to you to find out why? I Dont have a Sentencing Date, I understand it take Some time But I enter a plea about 8 months ago, So I'am Just hoping that I can get Sentce, So that I can move on and get home to my family, Because as of Right now my Sister and uncle on about to Die, and I Just wanted to Be Sentencing So that I can gave my family a coming home Date, So can you please look into this matter as Soon as possible,

thank you for all that you do.

Sincely your
Daysher Richardson
#75370-053

CC

Dupshin Richardson #03370-053
Metropolitan correctional center
150 Park Row
New York, New York 10007

1120141232

To Ms Parker
115 United state courthouse
225 Cadman Plaza east
Brooklyn NY 11201