UNITED STATES DISTRICT COURT
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201
718-613-2470

Chambers of
Edward R. Korman
Senior Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 0 2009 ★

BROOKLYN OFFICE

July 9, 2009

Dayshen Richardson
#75370-053
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

re:  07-CR-368

Mr. Richardson:

I am in receipt of your letter requesting a sentencing date and a copy of the docket sheet for your case. A copy of the docket sheet is enclosed.

I apologize for the delay, the preparation of the Pre-Sentence Report took much longer than usual due to the complexity of the case and number of co-defendants. Your sentencing was originally scheduled for June 26, 2009 but needed to be rescheduled because Judge Korman was on trial. You now have a date of July 24, 2009 at 11:00am.

Sincerely,

PaulaMarie Susi
Case Manager to
Edward R. Korman, U.S.D.J.

cc: file
    Encl.