case: 1:07-CR-00368-ERK

Dear Judge Norman:
225 Cadman plaza east
Brooklyn n y 11201

from Daysher Richardson
M.D.C. Brooklyn
Metropolitan Detention center
P.O. Box 329002
Brooklyn n y 11232

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ NOV 16 2016 ★
BROOKLYN OFFICE

Dear Judge Norman!
i Sorry to inform u of the Sentence u Sentence me to is not as follow, now Back in october 19. 2012. I Daysher Richardson Serve five and a half years in federal custody. now on January 4, 2013 u Sentence me to a total term of one hundred twenty months concurrent to the State court Sentence, the Date or time is wrong, So i Daysher Richardson was hoping that u could look into this matter Because i am trying to get Back to my family. if it ok the Date i want u to look at is as follow!

Jail credit time   from Date    thru Date
                   05-07-2007   08-30-2012

on January 4, 2013 you Sentence my State case and federal case to Run concurrent: So can u plase have Someone look into this Situation? thank u of your time in this matter

Sincerely your
Daysher Richardson

Dyphen Richardson 75370053
M.D.C. Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232

USMS

NEW YORK NY 100
24 NOV 2015 PM 7 L

Dear Judge Edward R. Korman
Sr. United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201