

U.S. Department of Justice

United States Attorney
Eastern District of New York

SSS:PP
F. #2019R01189

271 Cadman Plaza East
Brooklyn, New York 11201

October 15, 2019

By Hand and ECF

The Honorable Edward R. Korman
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**REQUEST FOR ENCLOSURES
TO BE FILED UNDER SEAL**

        Re:    United States v. Dayshen Richardson
                  Criminal Docket No. 07-368 (ERK)

Dear Judge Korman:

        The government writes in advance of the October 16, 2019 conference in the above-referenced matter.  On August 7, 2019, the parties appeared before the Court for a status conference on the defendant's violations of supervised release and had requested that the Court accept a guilty plea and sentence the defendant.  At that time, the Court ordered the government to produced photographs of a victim from an alleged assault committed by the defendant prior to the Court accepting a plea and sentencing the defendant.  Accordingly, please find enclosed photographs of the victim produced to the Probation Department by the

New York City Police Department.  Because this filing contains photographs of a victim, the government respectfully requests that the Court seal the enclosures of this filing.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Philip Pilmar
Philip Pilmar
Assistant U.S. Attorney
(718) 254-6106

Enclosures By Hand (Under Seal)

cc: Clerk of Court (ERK) (By ECF and Hand)
Susan G. Kellman (By E-Mail)
U.S. Probation Officer Michelle Powell (By E-Mail)